**IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF MISSOURI SOUTHERN DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>REAL PROPERTY LOCATED AT 1927 CENTURY FARM ROAD, FORDLAND, MISSOURI, ALONG WITH ALL ITS BUILDINGS, APPURTENCES, AND IMPROVEMENTS<br><br>REAL PROPERTY LOCATED AT 6881 EAST RIVER'S EDGE LANE, ROGERSVILLE, MISSOURI, ALONG WITH ALL ITS BUILDINGS, APPURTENCES, AND IMPROVEMENTS<br><br>REAL PROPERTY LOCATED AT 1701 E. BRIAR STREET, SPRINGFIELD, MISSOURI, ALONG WITH ALL ITS BUILDINGS, APPURTENCES, AND IMPROVEMENTS<br><br>UNITED STATES CURRENCY IN THE AMOUNT OF $4,016,628.43, SEIZED FROM THE AGCU BANK ACCOUNT NUMBER ENDING IN 5128<br><br>Defendants. | Civil No. 26-03707-CV-S |

**COMPLAINT FOR FORFEITURE IN REM**

Plaintiff, United States of America, by its attorneys, R. Matthew Price, United States Attorney for the Western District of Missouri, and Leigh Farmakidis and Patrick J. Browne, Assistant United States Attorneys, brings this complaint and alleges as follows in accordance with Supplemental Rule G(2) of the Federal Rules of Civil Procedure:

**NATURE OF THE ACTION**

1. This is an action to forfeit property to the United States for violations of 18 U.S.C. §§ 981(a)(1)(A) and (a)(1)(C).

**THE DEFENDANTS IN REM**

2. The Defendant Property consists of the following real properties ("Defendant Real Properties"):

a. 1927 Century Farm Road, Fordland, Missouri 65653, more specifically described as:

A TRACT OF LAND BEING A PART OF THE SOUTHEAST QUARTER (SE¼) OF THE SOUTH EAST QUARTER (SE¼) OF SECTION FOUR (4), TOWNSHIP TWENTY-EIGHT (28), RANGE NINETEEN (19),THE BOUNDARY BEING MORE PARTICULARLY DESCRIBED AS FOLLOWS: COMMENCING AT THE SOUTHEAST CORNER OF SAID SOUTHEAST QUARTER (SE¼) OF THE SOUTHEAST QUARTER (SE¼); THENCE SOUTH 89°57'07" WEST, ALONG THE SOUTH LINE OF SAID SOUTHEAST QUARTER (SE¼) OF THE SOUTHEAST QUARTER (SE¼), A DISTANCE OF 418.00 FEET FOR A POINT OF BEGINNING; THENCE CONTINUING SOUTH 89°57'07" WEST, ALONG SAID SOUTH LINE A DISTANCE OF 252.10 FEET; THENCE NORTH 00°00'46" EAST, A DISTANCE OF 650.00 FEET TO AN IRON PIN SET; THENCE NORTH 89°57'07" EAST, A DISTANCE OF 669.96 FEET TO AN IRON PIN SET ON THE EAST LINE OF THE SAID SOUTHEAST QUARTER (SE¼) OF THE SOUTHEAST QUARTER (SE¼); THENCE SOUTH 00°00'00"EAST, ALONG THE SAID EAST LINE OF THE SOUTHEAST QUARTER (SE¼) OF THE SOUTHEAST QUARTER (SE¼), A DISTANCE OF 129.00 FEET TO AN IRON PIN SET; THENCE SOUTH 89°57'07''WEST, AND PARALLEL WITH THE SOUTH LINE OF SAID SOUTHEAST QUARTER (SE¼) OF THE SOUTHEAST QUARTER (SE¼), A DISTANCE OF 418.00 FEET TO AN IRON PIN SET; THENCE SOUTH 00°00'00" EAST, AND PARALLEL WITH THE EAST LINE OF SAID SOUTHEAST QUARTER (SE¼) OF THE SOUTHEAST QUARTER (SE¼), A DISTANCE OF 521.00 FEET TO THE POINT OF BEGINNING, ALL IN WEBSTER COUNTY, MISSOURI.

The record owner of 1927 Century Farm Road, Fordland, Missouri is Mark Grantham.

b. 6881 East River's Edge Lane, Rogersville, Missouri 65742, more specifically described as:

A PARCEL OF LAND LOCATED IN THE SOUTHEAST QUARTER (SE1/4) OF THE NORTHWEST QUARTER (NW1/4) OF SECTION TWENTY-NINE (29), TOWNSHIP TWENTY-NINE (29), RANGE TWENTY (20), BEING MORE PARTICULARLY DESCRIBED AS FOLLOWS: BEGINNING AT THE SOUTHEAST CORNER OF THE SOUTHEAST QUARTER (SE1/4) OF THE NORTHWEST QUARTER (NW1/4) OF SECTION TWENTY-NINE (29), TOWNSHIP TWENTY-NINE (29), RANGE TWENTY (20); THENCE NORTH ALONG THE EAST LINE OF SAID SOUTHEAST QUARTER (SE1/4) OF THE NORTHWEST QUARTER (NW1/4) OF SECTION TWENTY-NINE (29), 565.00 FEET TO AN EXISTING CONCRETE POST; THENCE CONTINUING ALONG THE LAST DESCRIBED COURSE, 567.5 FEET TO AN EXISTING IRON PIN ON THE NORTH BANK OF THE JAMES RIVER; THENCE SOUTHWESTERLY ALONG THE NORTH BANK OF SAID JAMES RIVER, 517.00 FEET TOAN EXISTING IRON PIN FOR A NEW POINT OF BEGINNING, WHICH POINT IS ACROSS THE RIVER AND DUE NORTH OF THE NORTHEAST CORNER OF A TRACT CONVEYED TO EDNA E. COGER; THENCE SOUTHERLY ALONG THE EAST LINE OF THE SAID EDNA E. COGER TRACT AND ALONG THE EAST EDGE OF A SPRING BRANCH, A DISTANCE OF 215.82 FEET; THENCE ON AN ANGLE TO THE LEFT FROM THE LAST DESCRIBED COURSE 99°06’39”, 75.30 FEET; THENCE ON AN ANGLE TO THE LEFT FROM THE LAST DESCRIBED COURSE 88°02’56”, 96.7 FEET; THENCE ON AN ANGLE TO THE RIGHT FROM THE LAST DESCRIBED COURSE 18°05’04”, 117.91 FEET TO THE NORTH BANK OF THE JAMES RIVER; THENCE WESTERLY AND ALONG THE SAID NORTH BANK OF JAMES RIVER, 85.00 FEET TO THE NEW POINT OF BEGINNING, ALL BEING IN GREENE COUNTY, MISSOURI, TOGETHER WITH EASEMENT FOR INGRESS AND EGRESS, AND THE WATER RIGHTS, AS SHOWN IN THE AGREEMENT AND CONVEYANCE IN BOOK 1711, AT PAGE 633, RECORDER’S OFFICE, IN GREENE COUNTY, MISSOURI.

The record owner of 6881 East River’s Edge Lane, Rogersville, Missouri is Mark Grantham.

c. 1701 E. Briar Street, Springfield, Missouri 65804, more specifically described as:

ALL OF LOT FIFTY-NINE (59), IN WILLIAMSBURG HILLS, A SUBDIVISION IN THE CITY OF SPRINGFIELD, GREENE COUNTY, MISSOURI

The record owner of 1701 E. Briar Street, Springfield, Missouri is Mark Grantham.

3. The Defendant Real Properties have not been seized but are located within the jurisdiction of the Court as described below. The United States does not request authority from the Court to seize the Defendant Properties at this time. The United States will, as provided by 18 U.S.C. § 985(b)(1) and (c)(1):

a. Post notice of this action and a copy of the Complaint on the Defendant Properties, and

b. Serve notice of this action on the owner of the Defendant Properties, and any other person or entity who may claim an interest in the Defendant Properties, along with a copy of this Complaint, and

c. File a *Lis Pendens* against the Defendant Properties.

4. The Defendant Property also includes the following property:

a. The contents of Assemblies of God Credit Union ("AGCU") bank account ending in 5218, which was seized on or about September 22, 2026, resulting in the seizure of $4,016,628.43 in United States currency. The $4,016,628.43 in United States currency is currently in the custody of the U.S. Marshals Service.

**JURISDICTION AND VENUE**

5. This Court has subject matter jurisdiction over an action commenced by the United States under 28 U.S.C. § 1345, and over an action for forfeiture under 28 U.S.C. § 1355(a). This Court also has jurisdiction over this particular action under 18 U.S.C. § 981(a)(1)(A) and 18 U.S.C. § 981(a)(1)(C).

6. This Court has *in rem* jurisdiction over the defendant property pursuant to 28 U.S.C. § 1355(b)(1)(A) because acts or omissions giving rise to the forfeiture occurred in this district and

pursuant to 28 U.S.C. § 1355(b)(1)(B), incorporating 28 U.S.C. § 1395, because the defendant property is found in this district.

7. Venue is proper in this district pursuant to 28 U.S.C. § 1355(b)(1)(A) because acts or omissions giving rise to the forfeiture occurred in this district and pursuant to 28 U.S.C. § 1395, because the action accrued in this district and the defendant property is found in this district.

**BASIS FOR FORFEITURE**

8. The Defendant Properties are subject to forfeiture, pursuant to 18 U.S.C. § 981(a)(1)(A), because they constitute property involved in a transaction or an attempted transaction, in violation of Title 18 U.S.C. §§ 1956 and/or 1957, or are traceable to such property.

9. The Defendant Properties are subject to forfeiture, pursuant to 18 U.S.C. § 981(a)(1)(C), because they constitute or were derived from proceeds traceable to offenses constituting a "specified unlawful activity" as defined in 18 U.S.C. § 1956(c)(7), or a conspiracy to commit such offenses, with such offenses including violations of 18 U.S.C. § 1343 (wire fraud).

**OVERVIEW OF THE SCHEME**

10. Mark Andrew Grantham (Grantham) presented himself as an investment manager and day trader operating in Springfield, Greene County, Missouri, in the Western District of Missouri.

11. Starting on or about January 13, 2023, and continuing until approximately March 26, 2026, Grantham falsely represented that he could generate returns between 150% to 250% on investment funds within a very brief period of time.

12. Grantham solicited funds from at least 50 individuals based on his false representations that he would earn them over 150% of their original investment.

13. Grantham used investor funds in part to pay off other investors who demanded to

receive either their profits or their original investment back. Grantham also used investor funds for his own personal use. Finally, Grantham invested some of the funds he received in various financial markets but instead of making profits for his clients, as he regularly represented, Grantham amassed losses that exceeded $8,000,000. Grantham did not accurately or truthfully disclose the losses that resulted from his day trading and investment management. Further, Grantham falsely stated to investors that profits had been earned when Grantham knew there were no profits.

## TRACING ANALYSIS OF DEFENDANT PROPERTIES

***AGCU Bank Account ending in 5128***

14. Grantham's initial investment account was with TD Ameritrade from January 1, 2023, through May of 2024. During May 2024, the TD Ameritrade account was transitioned to Charles Schwab, and the investment account was held through Charles Schwab until March of 2026. The value of Grantham's Charles Schwab investment account was $17,492.27 on January 1, 2023.

15. Funds from investors began being deposited into Grantham's AGCU account ending in 4001 in January of 2023. All of the funds that Grantham received from investors were deposited into Grantham's AGCU account ending in 4001 between January 5, 2023, through March 16, 2026. Investors who sent their investments to Grantham's AGCU account via wire transfers appear to reside in Missouri, Florida, Wisconsin, Ohio, Arkansas, Georgia, Minnesota, Montana, South Carolina, South Dakota, and Kentucky.

16. Funds were transferred from Grantham's AGCU account ending in 4001 to Grantham's investment account at either TD Ameritrade or Charles Schwab via electronic transfers.

17. Between January 1, 2023, and March 31, 2026, approximately $20,571,271.87 in funds from investors were deposited into Grantham's AGCU account ending in 4001.

18. There were no deposits into Grantham's AGCU account ending in 4001 identified as being wages from employment or business income between January 1, 2023, and March 31, 2026. Grantham did, however, receive insurance funds totaling approximately $296,000 between 2023 and 2025 that were deposited in the AGCU account ending in 4001.

19. Between January 1, 2023, and March 31, 2026, approximately $18,503,095.18 was transferred from Grantham's AGCU account ending in 4001 to Grantham's TD Ameritrade/Charles Schwab account.

20. During that time period, $8,126,560.71 in losses from stock trading were incurred in Grantham's TD Ameritrade/Charles Schwab account as follows:

2023: -$166,394.61

2024: -$2,954,138.22

2025: -$4,207,246.90

2026: -$798,780.98

21. Between January 1, 2023, and March 31, 2026, approximately $10,393,877.41 was transferred from Grantham's TD Ameritrade/Charles Schwab account back to Grantham's AGCU account ending in 4001. On March 26, 2026, $4,003,000.00 was wired from Grantham's Charles Schwab investment account to Grantham's AGCU bank account ending in 4001.

22. Grantham and his brother opened a new jointly held AGCU bank account ending in 5128 on March 26, 2026.

23. On March 27, 2026, $4,002,975.00 was transferred from Grantham's AGCU bank account ending in 4001 to Grantham's AGCU bank account ending in 5128.

***1927 Century Farm Road, Fordland, Missouri***

24. On or about July 15, 2025, Grantham purchased 1927 Century Farm Road, Fordland, Missouri 65652 for $3,000,000. The property consists of three tracts of land, and the property purchase was broken into two transactions. One of the transactions was for Grantham to purchase a tract of land that consisted of 4.87 acres and a house that is approximately 2,489 square feet (the "Forfeitable Tract") for $500,000.00 with the sellers financing $266,666.67 of the purchase price.

25. The purchase of the property closed at Hogan Land Title Company located at 1605 E. Sunshine, Springfield, Missouri. For the Forfeitable Tract, $5,000 of earnest money was paid to Hogan Land Title by Grantham via check number 2209 drawn on Grantham's AGCU account number ending in 4001 on May 21, 2025. Additionally, Grantham provided a cashier's check drawn on AGCU account number ending in 4001 payable to Hogan Title in the amount of $228,751.73 on July 15, 2025. Grantham signed a Promissory Note for $266,666.67 payable to the sellers with an interest rate of 0% and five (5) payments due monthly in the amount of $53,333.33.

26. On July 15, 2026, the sellers signed a Deed of Release (Full) to fully release Grantham from the Deed of Trust for the Promissory Note for the Forfeitable Tract.

27. Using the proceeds-in-first-out accounting principle, at least $500,000 of the funds detailed above used to purchase and make monthly payments on Forfeitable Tract are traceable to fraud proceeds and/or involved in money laundering activity.

***6881 E. River's Edge Lane, Rogersville, Missouri***

28. On or about July 25, 2025, Grantham purchased 6881 E. River's Edge Lane, Rogersville, Missouri 65742 for $552,000 from Deca National, LLC.

29. The purchase of the property closed at Hogan Land Title Company located at 1605 E. Sunshine, Springfield, Missouri. Grantham paid $5,000 in earnest money on July 7, 2025. Additionally, Grantham provided two cashier's checks drawn on AGCU payable to Hogan Title in the amounts of $260,507.06 and $24,492.94 on July 25, 2025. Grantham signed a Promissory Note and Unconditional Guarantee for $552,000.00 payable to Deca National, LLC with an interest rate of 0%, one lump sum payment of $285,000.00 due at closing, one lump sum payment of $32,000.00 due on August 10, 2025, and twenty-three (23) payments due monthly in the amount of $9,869.57.

30. Using the proceeds-in-first-out accounting principle, $398,186.73 of the funds used to purchase 6881 E. River's Edge Lane, Rogersville, Missouri and incurred for other expenses related to the property are traceable to fraud proceeds and/or involved in money laundering activity.

***1701 E. Briar Street, Springfield, Missouri***

31. On or about September 29, 2025, Grantham purchased 1701 E. Briar Street, Springfield, Missouri 65804 for $356,500.00.

32. The purchase of the property closed at Hogan Land Title Company located at 1605 E. Sunshine, Springfield, Missouri. $355,618.23 was withdrawn from Grantham's AGCU account ending in 4001 to purchase a check to "Hogan Title" on September 29, 2025.

33. Between Wednesday, September 24, 2025, and Friday, September 26, 2025, six electronic ACH transfers were conducted from Grantham's Charles Schwab investment account to Grantham's AGCU bank account ending in 4001 totaling $361,000. The check to Hogan Title to purchase 1701 E. Briar Street, Springfield, Missouri was purchased on Monday, September 29, 2025 in the amount of $355,618.23. Grantham was the sole owner of the TD Ameritrade/Charles

Schwab investment accounts, which were funded fully by Grantham's AGCU account ending in 4001 and is traceable to proceeds of Grantham's fraudulent activity and/or involved in money laundering activity.

## **CLAIMS FOR RELIEF**

### FIRST CLAIM FOR RELIEF

34. The Plaintiff repeats and incorporates by reference the paragraphs above.

35. The defendant properties constitute, or were derived from, proceeds traceable to violations of Title 18, United States Code, Section 1343, that is, wire fraud, and therefore, is forfeitable to the United States, pursuant to 18 U.S.C. § 981(a)(1)(C).

### SECOND CLAIM FOR RELIEF

36. The Plaintiff repeats and incorporates by reference the paragraphs above.

37. By the foregoing and other acts, the defendant properties constitute proceeds involved in transactions or attempted transactions, in violation of Title 18 U.S.C. §§ 1956 and 1957, or is property traceable to such a transaction, and therefore, are forfeitable to the United States, pursuant to 18 U.S.C. § 981(a)(1)(A).

WHEREFORE the United States prays that the defendant properties be forfeited to the United States, that the Plaintiff be awarded its costs and disbursements in this action, and for such other and further relief as the Court deems proper and just.

Respectfully submitted,

R. Matthew Price
United States Attorney

By: *<u>/s/ Leigh Farmakidis</u>*
Leigh Farmakidis
Assistant United States Attorney
400 E. 9th Street, Fifth Floor
Kansas City, Missouri 64106
Telephone: (816) 426-3122
E-mail: Leigh.Farmakidis@usdoj.gov

## VERIFICATION

I, Special Agent Kenneth M Effland, hereby verify and declare under penalty of perjury that I am a Special Agent with the United States Federal Bureau of Investigation, that I have read the foregoing Verified Complaint in Rem and know the contents thereof, and that the factual matters contained in paragraphs 10 through 33 of the Verified Complaint are true to my own knowledge, except that those matters herein stated to be alleged on information and belief and as to those matters I believe them to be true.

The sources of my knowledge and information and the grounds of my belief are the official files and records of the United States, information supplied to me by other law enforcement officers, as well as my investigation of this case, together with others, as a Special Agent of the Federal Bureau of Investigation.

I hereby verify and declare under penalty of perjury that the foregoing is true and correct.

Dated October 16, 2026

KENNETH EFFLAND
Digitally signed by KENNETH EFFLAND
Date: 2026.10.16 10:11:15 -05'00'

K. Michael Effland
Special Agent
Federal Bureau of Investigation